AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Myyeshia L. Taylor<br><br>*Defendant(s)* | ) ) ) ) ) ) )    Case No. 3:23-mj-00021 |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 1, 2023__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit of HSI Special Agent David Slafsky, incorporated herein;

☑ Continued on the attached sheet.

 

*By phone pursuant to Fed R. Crim. P. 4.1*
*Complainant's signature*

David Slafsky, HSI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __8:35__ a.m./p.m.

Date: __02/02/2023__

*Judge's signature* — Stacie J. Beckerman

City and state: __Portland, Oregon__     Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*