3:23-mj-00021

DISTRICT OF OREGON                                      AFFIDAVIT OF DAVID SLAFSKY

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with Homeland Security Investigations (HSI) and have been since March of 2022. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), and I am authorized by law to conduct investigations and to make arrests for felony offenses. I am currently assigned to the Assistant Special Agent in Charge, Portland, Oregon. I was previously employed as a Special Agent with the Social Security Administration – Office of Inspector General (SSA-OIG) and from October 2015 until March 2022. Prior to my employment at SSA-OIG, I was a Special Agent with the Internal Revenue Service – Criminal Investigation (IRS-CI) division from August of 2009 until October 2015.  I am authorized and assigned to investigate violations of federal laws, including 21 U.S.C. §§ 841(a)(1), 846, 848, and 843(b) of the Drug Abuse Prevention and Control Act of 1970; that is, possession with intent to distribute and the distribution of controlled substances, conspiracy to commit such offenses, the operation of a continuing criminal enterprise, and the use of a communication facility to facilitate a felony violation of the Drug Abuse Prevention and Control Act of 1970. I have participated in investigations alleging violations of numerous federal crimes including fraud, conspiracy, money laundering, theft and drug trafficking. I have also acquired knowledge and information about the illegal drug trade and the various meansand methods by which it is furthered including through the use of computers, smart phones, digital media and the Internet from formal and informal training, other law enforcement officers and investigators, informants,

individuals I have arrested and/or interviewed, and from my participation in other investigations. I am currently detailed to the High Intensity Drug Trafficking Area (HIDTA) Interdiction Taskforce (HIT) located at the Portland Police Bureau's(PPB) Narcotics and Organized Crime (NOC) Unit.

2. I submit this affidavit in support of an application for a criminal complaint and arrest warrant for Myyeshia TAYLOR for a violation of 18 U.S.C Section 922 (g), felon in possession of a firearm.

3. I am a party to the investigation described herein. My knowledge of the matters described in this affidavit are the result of a combination of my own firsthand knowledge, review of police reports, as well as facts described to me by other witnesses and law enforcement personnel assisting with the investigation. I have not included all information learned through this investigation. I have included information I believe is sufficient to establish probable cause for the criminal complaint and arrest warrant requested by this affidavit.

## STATEMENT OF PROBABLE CAUSE

4. On February 1, 2023, officers with the PPB Enhanced Community Safety Team (ECST), PPB Central Precinct Neighborhood Response Team (NRT), and NOC were conducting surveillance in the area of Dawson Park, located at 1 North Stanton Street, Portland, OR 97227.

5. At approximately 0930 hours, Officer Michael Sherwood observed a black Chevy Malibu park on North Stanton Street just east of North Williams Avenue. Officer Sherwood observed two individuals approach the passenger side window of the Chevy Malibu, place their hand into the vehicle with cash in hand, then withdrew their hand while holding something small in their hand. Officer Sherwood believed he was

**Affidavit of David Slafsky**                                                                                           **Page 2**

witnessing street level hand-to-hand narcotics transactions where the individual in the passenger seat of the Chevy Malibu was delivering drugs to customers.

6. PPB Officers Flohr and Kirby-Glatkowski stopped one of the individuals who had conducted a hand-to-hand narcotics transaction on foot near the corner of NE Morris and NE Martin Luther King. Officer Devlin assisted with the stop. The individual was found to be in possession of three "crack" cocaine rocks which Officer Devlin observed being removed from his front right pants pocket.

7. At approximately 1100 hours, the black Chevy Malibu departed the area of Dawson Park eastbound on North Stanton Street. Based on the observations of Officer Sherwood and the narcotics found in the possession of the individual stopped on foot by PPB Officers, the blacky Chevy Malibu was stopped by PPB Officers Wyatt and Woods near the corner of NE Monroe and NE Martin Luther King. PPB Officers Sparks and Verbout assisted with the traffic stop.

8. As part of the ongoing narcotics investigation, officers removed all of the occupants from the vehicle. Officer Sparks asked the driver, later identified as Myyeshia TAYLOR, to step out and stand facing the driver's side door. Officer Sparks saw that TAYLOR's jacket pocket was open and observed the barrel of a gun pointing at him. A photograph of the gun in TAYLOR's pocket is included below:

/ / /



/ / /



/ / /

**Affidavit of David Slafsky**                                                                                          **Page 3**



9.      TAYLOR stated the jacket was not hers and the gun was not hers. TAYLOR further stated that she had just gotten "off paper" for gun charges and knows not to mess with guns. This indicates to me that she is aware of her status as a convicted felon who is prohibited from possessing firearms.

10.     Officer Sparks removed the magazine from the gun and observed that there were five .25 ACP rounds contained in the magazine and that the chamber of the gun was empty. During a subsequent search of TAYLOR, one .38 caliber round was also found in a different jacket pocket. PPB Officers transported TAYLOR to the PPB North Precinct for an interview.

11.     While preparing to interview TAYLOR, I reviewed TAYLOR's criminal history and observed that she had a federal conviction dated June 23, 2018 for violations of 18 U.S.C. Section 922 (g), felon in possession of a firearm. She is no longer on federal supervision. In addition, she has multiple state court felony convictions for Distribution of

a Controlled Substance (2013, 2005, and 1999). She was also convicted of Arson I in Multnomah County, Oregon in 2006.

      12.     No official ATF nexus report has yet been completed. Through my training and experience, and conversations with other law enforcement officers, I know that it is common for firearms to be sold by a wholesale business in one state for distribution in another state. For this reason, purchasers of firearms often obtain firearms that originated in another state. I examined the firearm seized from TAYLOR and observed that it was stamped with the words "Manufactured in Spain by 'Ruby' Arms Co". I conducted an internet search and learned that many manufacturers in Spain produced .25 ACP pocket pistols using the name "Ruby". A photograph of the stamped markings is included here:



/ / /


/ / /


/ / /


/ / /

**Affidavit of David Slafsky**                                                                                                                                           **Page 5**

## CONCLUSION

13. Based on the foregoing information, and based on my training and experience, I have probable cause to believe, and I do believe, that Myyeshia TAYLOR violated 18 U.S.C Section 922 (g), felon in possession of a firearm.

14. This affidavit and the requested arrest warrant were reviewed by Assistant United States Attorney (AUSA) Leah K. Bolstad prior to being submitted to the Court. AUSA Bolstad informed me that in her opinion, the affidavit is legally and factually sufficient to establish probable cause to support the issuance of the requested complaint and arrest warrant. I respectfully request the Court to authorize the attached arrest warrant based on this complaint.

*(By Phone)*
DAVID SLAFSKY, Special Agent
Homeland Security Investigations

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 8:35 a.m./p.m. on 2/2/2023

HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge