AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

United States of America
v.
Myyeshia L. Taylor

Defendant

)
)
)
)
)
)
)

Case No. 3:23-mj-00021

ORIGINAL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Myyeshia L. Taylor,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ☑ Complaint
❏ Probation Violation Petition ❏ Supervised Release Violation Petition ❏ Violation Notice ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 922(g), Felon in Possession of a Firearm

Date: 02/02/2023

/s/ Stacie F. Beckerman
Issuing officer's signature

City and state: Portland, Oregon　　Honorable Stacie F. Beckerman, U.S. Magistrate Judge
Printed name and title

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

DATE 02/02/2023
ARRESTED BY HSF

U.S. MARSHAL
BY E. CATER

Arresting officer's signature

Printed name and title